**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AUTHORIZED INTEGRATORS
NETWORK, LLC,

           Plaintiff,                       Case No. 13-cv-10414

v.                                  Hon. Robert H. Cleland

WIREPATH HOME SYSTEMS, LLC d/b/a     Magistrate Judge Paul J. Komives
SNAP AV,

           Defendant.

---

Thomas M. Schehr (P54391)
Thomas H. Trapnell (P74345)
Attorneys for Plaintiff
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-6659
tschehr@dykema.com
ttrapnell@dykema.com

---

**PLAINTIFF AUTHORIZED INTEGRATORS NETWORK, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

       Pursuant to E.D. Mich. LR 83.4 and Fed. R. Civ. P. 7.1, Plaintiff Authorized Integrators

Network, LLC ("AIN") makes the following disclosure:

       AIN is a limited liability company organized under the laws of the State of Michigan.

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

       __YES             **X** NO

       If the answer is yes, list below the identity of the parent corporation or affiliate and the
relationship between it and the named party.

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304

2:13-cv-10414-RHC-PJK   Doc # 2   Filed 02/01/13   Pg 2 of 3   Pg ID 11

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

_____ YES          **X** NO

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Date: February 1, 2013                          DYKEMA GOSSETT PLLC


By:/s/ Thomas H. Trapnell
Thomas M. Schehr (P54391)
Thomas H. Trapnell (P74345)
*Attorneys for Plaintiff*
400 Renaissance Center
Detroit, MI 48243
(313) 568-6659

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN  48304

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 1, 2013, I electronically filed the foregoing document

with the Clerk of the Court using the ECF system which will send notification of such filing to

all counsel of record.

DYKEMA GOSSETT PLLC


By:/s/ Thomas H. Trapnell
Thomas M. Schehr (P54391)
Thomas H. Trapnell (P74345)
*Attorneys for Plaintiff*
400 Renaissance Center
Detroit, MI 48243
(313) 568-6659

DET01\1190037.1
ID\THTR